DOROTHY MYERS, Respondent, v. FRANKLIN D. CLARE, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

RUTH HALL, Respondent, v. FRANKLIN D. CLARE, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Intermediate Accounting of SELWYN R. MACK, as Committee of the Person and Estate of EDWARD QUEDNAU, an Incompetent Person.— Motion for a reargument denied, with ten dollars costs, on the ground that the record does not show that the question whether the account of the committee should be charged at annual rests with interest upon commissions withdrawn by him in advance of judicial settlement was raised at Special Term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HILDEGARD CANFIELD, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE HUDSON CITY SAVINGS INSTITUTION, Respondent, v. CENTRAL LUNDY CORPORATION, Appellant, and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of ADOLPH M. NEWMAN, Appellant, for a Mandamus Order against PIUS L. SCHWERT, County Clerk of Erie County, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

J. NELSON JONES, Respondent, v. JACOB ZELLNER and Others, Doing Business as LINCOLN FARMS, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (See Ackerman v. Cummiskey, 236 App. Div. 519.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of ROSCOE R. WILCOX, an Attorney at Law.— Period of suspension terminated.

In the Matter of MATTHEW W. BENNETT, an Attorney at Law.— Issues referred to Hon. S. Nelson Sawyer, official referee.

In the Matter of FRED S. WITHEY, an Attorney at Law.— Issues referred to Hon. John S. Lambert, official referee.

In the Matter of FLOYD W. HOAG, an Attorney at Law.— Respondent given permission to file answer by September eighteenth. Order entered suspending respondent from practice during the pendency of this proceeding for his removal.